Charles E. Blitman *
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld ◊ ⌂
Daniel R. Brice *
Brian J. LaClair
Bryan T. Arnault * □ ◦
Nolan J. Lafler
Paul K. Brown
Matthew T. Tokarsky ◊ ⌂ ▵ □
Sara J. Van Dyke

# Blitman&King LLP

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

443 North Franklin Street, Suite 300
Syracuse, New York  13204
Tel:  (315) 422-7111
Fax:  (315) 471-2623

*bklawyers.com*

*Of Counsel*
Jules L. Smith
Donald D. Oliver
Jennifer A. Clark
Richard S. Corenthal
Bernard T. King

° Also admitted in CT
◊ Also admitted in DC
* Also admitted in MA
⌂ Also admitted in MD
▵ Also admitted in NJ
□ Also admitted in PA

Nathan H. Blitman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

June 25, 2026
*dekornfeld@bklawyers.com*

The Honorable Nelson Stephen Roman
United States District Court Judge
United States Court House
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

**VIA ELECTRONIC FILING &
REGULAR MAIL**

> Re:    *Teamsters Local 456 Pension Fund, et al. v. Zero Below Trucking Corp., et al.,*
> Civil Action No.:  7:26-cv- 01561 (NSR)

Dear Judge Roman:

This firm represents Plaintiffs Teamsters Local 456 Funds together with the Westchester Teamsters Local Union No. 456 ("Funds" and "Union") in the above referenced case before the United States District Court for the Southern District of New York.  This letter respectfully requests a two-week extension of the deadline from my previous report on May 8, 2026 [Docket No. 10].

By way of background, the Funds and Union commenced this case on February 25, 2026 seeking contributions, deductions, interest, liquidated damages, attorneys' fees, and costs pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA") and the Labor Management Relations Act of 1947 ("LMRA") [Docket No. 1]. *See* 29 U.S.C. §§185(a); 1132(g)(2).  On March 20, 2026, the parties agreed to an arrangement for Defendants to pay the required amounts to the Funds and Union by June 30, 2026 [Docket No. 10]. To summarize the proposal, Defendants agreed to remit the following amounts on the following days: March 20, 2026 ($164,187.88); April 20, 2026 ($184,154.51); and May 20, 2026 ($120,250.62). Once the Funds received these monies, Plaintiffs would dismiss the District Court case as it had done for similar cases in the past. *See Teamsters Local 456 Pension Fund, et al. v. Zero Below Trucking Corp., et al.,* Civil Action No. 7:24-cv-2828 (NSR) [Docket No. 23]; *Teamsters Local 456 Pension Fund, et al. v. Zero Below Trucking Corp., et al.,* Civil Action No. 7:23-cv-08398 (CS) [Docket No. 29].

Defendants made the March payment.  However, due to delays receiving payment from work on construction projects, Defendants missed the payment of $184,154.51 that was due on April 20, 2026. To address the situation, Defendants proposed remitting $304,405.13 to the Funds by June 30, 2026.  Nevertheless, the cash flow difficulties persisted, and Defendants now request a two-week extension of the June deadline.

*See* **Pg .2**

**MEMO ENDORSED**





June 25, 2026
Page 2

More specifically, Defendants agreed to remit $180,000.00 to the Funds by June 26, 2026, and Defendants agreed to remit $124,405.13 to the Funds by July 15, 2026.  If the Funds receive these payments in accordance with this revised schedule, Plaintiffs will dismiss this case.  However, if the Funds do not receive these payments on time, Plaintiffs will move for default judgment against Defendants.  Once again, the parties appreciate the Court's patience while this employer responds to financial difficulties beyond its control.

Thank you for your consideration of this request.

Respectfully submitted,

BLITMAN & KING LLP

Daniel Kornfeld

DEK/lld

cc:     Brenda Ritch, Fund Administrator
        Teamsters Local 456 Funds
        160 South Central Ave.
        Elmsford, New York 10523
        e-mail: britch@teamsterslocal456funds.com

        Jeffrey A. Meyer, Esq.
        Venable, LLP
        151 West 42nd Street, 49th Floor
        New York, New York 10036
        e-mail: JAMeyer@Venable.com

        Mr. Andrew Hunter
        Zero Below Trucking Corp.
        68 South Service Road, Suite 100
        Melville, New York 11747
        e-mail: elaho@zerobelowtrucking.com; zbtinfo@zerobelowtrucking.com

**Plaintiffs are directed to inform the Court on July 14, 2026, whether this action has been resolved.  If so, the parties are directed to submit a proposed order dismissing this action. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.**

**Dated: June 26, 2026**
**White Plains, NY**

4929-1251-7560 v.1

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge